CHRISTOPHER CHIOU, NVSBN 14853
Acting United States Attorney
District of Nevada

Chantal Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA TAYLOR MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01979-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTOIN FOR REVERAL AND/OR REMAND (FIRST REQUEST)** |

　　　　Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Motion) to July 14, 2021. This is Defendant's first request for extension to respond to Plaintiff's Motion and second request in this case. Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible. If the case cannot be settled, then Defendant's counsel will draft the responsive brief. Counsel

contacted Plaintiff on June 14, 2021 and Plaintiff does not object to this request.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this June 14, 2021.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        */s/ Chantal R. Jenkins*
        CHANTAL R. JENKINS
        Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2021

2

# CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**Hal Taylor**
2551 W. Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2021

<i>/s/ Chantal R. Jenkins</i><br>
CHANTAL R. JENKINS<br>
Special Assistant United States Attorney

3