CHRISTOPHER CHIOU, NVSBN 14853
Acting United States Attorney
District of Nevada

Chantal Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4823
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA TAYLOR MITCHELL, | Case No.: 2:20-cv-01979-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, Rhonda Taylor Mitchell (Plaintiff) and Andrew Saul, the Commissioner of Social Security (Defendant) through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will offer Plaintiff the opportunity for a new hearing. The ALJ will

reevaluate the medical evidence and reassess Plaintiff's residual functional capacity. The ALJ will reassess Plaintiff's subjective statements about symptoms.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this June 17, 2021.

/s/ Hal Taylor*
Hal Taylor, Esq.
*authorized via email by Melissa Palmer on June 17, 2021
Attorney For Plaintiff


CHRISTOPHER CHIOU
Acting United States Attorney


/s/ Chantal R. Jenkins
CHANTAL R. JENKINS
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 21, 2021

## CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) on the date and via the method of service identified below:

**Hal Taylor**
2551 W. Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2021

/s/ *Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney